STATE OF NEW JERSEY v. JOHN WASHINGTON.

March 28, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. PETER MALDONADO GARCIA.

March 28, 1983.

Petition for certification denied.

IN THE MATTER OF AN APPLICATION BY ROBERT M. MORGEN-
THAU, DISTRICT ATTORNEY, NEW YORK COUNTY, FOR AN
ORDER TO COMPEL JEANNIE NASH AND MICHELE EL GO-
HAIL TO PROVIDE BLOOD AND HAIR SAMPLES, FINGER
AND PALM.

March 28, 1983.

Petition for certification denied.   (See 188 *N.J.Super.* 303)

STATE OF NEW JERSEY v. EARL ANDERSON, JR.

March 28, 1983.

Petition for certification denied.